# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2014

Robert P. Young, Jr.,
Chief Justice

148298

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL CLUM,
         Plaintiff-Appellee,

v

         SC: 148298
         COA: 307357
         Ingham CC: 10-000146-CL

JACKSON NATIONAL LIFE INSURANCE
COMPANY,
         Defendant-Appellant,
and

VINCE VILONA,
         Defendant.

_____/

      On order of the Court, the application for leave to appeal the November 5, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2014



Clerk

t0611